[No. 66463-8-I.   Division One.   September 17, 2012.]

*In the Matter of the Marriage of* MICHAEL A. TIPPIE, *Appellant*, and MARY V. WILSON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-3-00943-4, Ronald L. Castleberry, J., entered November 19, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, C.J., and Lau, J.

[No. 66542-1-I.   Division One.   September 17, 2012.]

LEE HAYNES, *Appellant*, v. SNOHOMISH COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-04167-2, Gregory P. Canova, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.

[No. 66756-4-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY BRIAN WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06062-2, Douglass A. North, J., entered February 22, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 66763-7-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRI MANNING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06627-2, Douglass A. North, J., entered February 25, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Cox, J.